IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BENNIE JAMES JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CERT OFFICER TODMAN, and CERT OFFICER TAYLOR,<br><br>    Defendants. | CIVIL ACTION NO.: 5:22-cv-65 |

**O R D E R**

The parties filed a Stipulation of Dismissal. Doc. 57. The Court finds this stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (The parties "may dismiss an action" by filing "a stipulation of dismissal signed by all parties who have appeared."). Thus, the Court **DISMISSES with prejudice** this cause of action and **DIRECTS** the Clerk of Court to close this case and enter the appropriate judgment of dismissal. Each party shall bear his own fees and costs.

**SO ORDERED**, this 7th day of May, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA